376 So.2d 855 (1979)
Hoyt WEAVER, Petitioner,
v.
Robert GRAHAM, Governor, Respondent.
No. 56707.
Supreme Court of Florida.
November 1, 1979.
Hoyt Weaver, in pro. per., for petitioner.
Jim Smith, Atty. Gen., and Wallace E. Allbritton, Asst. Atty. Gen., Tallahassee, for respondent.
PER CURIAM.
The petition for writ of habeas corpus is denied. See Harris v. Wainwright, 376 So.2d 855 (Fla. 1979).
ADKINS, Acting C.J., and BOYD, OVERTON, SUNDBERG and ALDERMAN, JJ., concur.